

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2018

No. 04-18-00093-CR

Ryan **RODRIGUEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11801
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

After we granted a previous extension, appellant's brief was due June 18, 2018. Appellant has now filed a second motion for extension of time, asking for an additional thirty days in which to file his brief. After review, we **GRANT** appellant's motion and **ORDER** appellant to file his brief in this court **on or before July 18, 2018.**

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court